# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) ) Criminal No. 1:20-cr-10307-DPW |
| GUSTAVO KINRYS, | ) ) ) |
| Defendant | ) ) ) |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The Government requests that this Court direct that the indictment be unsealed. In support of this motion, the Government states that the defendant was arrested on December 10, 2020, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

ALLOWED David H. Hennessy U.S.M.J.
Dec 10, 2020

ANDREW E. LELLING
United States Attorney

Date: December 10, 2020   By:   /s/ *Patrick Callahan*
PATRICK CALLAHAN
Assistant U.S. Attorney
United States Attorney's Office