UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Crim. No. 20-cr-10307-DJC ) |
| GUSTAVO KINRYS | ) ) ) |

## STIPULATIONS

The United States and Defendant Gustavo Kinrys, by and through undersigned counsel, hereby stipulate to the following facts:

1. On or about March 5, 2019, a special agent with the Federal Bureau of Investigation issued a records request to DropBox, Inc. In response, on or about March 19, 2019, DropBox, Inc. produced to the special agent records associated with the DropBox, Inc. account associated with the email account kinrys@aol.com.

    a. The document marked and admitted as Exhibit 263 is a copy of a record produced by DropBox, Inc., and the document marked and admitted as Exhibit 263.01 reflects the metadata properties for that record.

    b. The document marked and admitted as Exhibit 264 is a copy of a record produced by DropBox, Inc., and the document marked and admitted as Exhibit 264.01 reflects the metadata properties for that record.

DATE: October 18, 2023

| | |
|---|---|
| GUSTAVO KINRYS, | UNITED STATES OF AMERICA, |
| By his attorneys, | JOSHUA S. LEVY<br>Acting United States Attorney |
| /s/ ___Aaron Katz_____ | |
| AARON KATZ | /s/ _____Christopher Looney_____ |
| KEIRA GRIMES ZIRNGIBL | PATRICK M. CALLAHAN |
| Aaron Katz Law LLC | CHRISTOPHER R. LOONEY |
| 399 Boylston Street, 6th Floor | Assistant U.S. Attorneys |
| Boston, MA 02116 | 1 Courthouse Way |
| (617) 915-6305 | John Joseph Moakley U.S. Courthouse |
| akatz@aaronkatzlaw.com | Boston, MA 02210 |
| | (617) 748-3100 |

Case 1:20-cr-10307-DJC  Document 171  Filed 10/18/23  Page 2 of 2