UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GUSTAVO KINRYS, )<br>)<br>Defendant. ) | Case No. 20-cr-10307-DJC |

## VERDICT

*WE, THE JURY, FIND THE DEFENDANT, GUSTAVO KINRYS:*

**COUNT ONE** (CHARGING WIRE FRAUD ON OR ABOUT NOVEMBER 24, 2015)

_____ NOT GUILTY          √_____ GUILTY

**COUNT TWO** (CHARGING WIRE FRAUD ON OR ABOUT JULY 5, 2016)

_____ NOT GUILTY          √_____ GUILTY

**COUNT THREE** (CHARGING WIRE FRAUD ON OR ABOUT DECEMBER 11, 2016)

_____ NOT GUILTY          √_____ GUILTY

**COUNT FOUR** (CHARGING WIRE FRAUD ON OR ABOUT JANUARY 10, 2017)

_____ NOT GUILTY          √_____ GUILTY

**COUNT FIVE (CHARGING WIRE FRAUD ON OR ABOUT JULY 17, 2017)**

_____ NOT GUILTY          ✓_____ GUILTY

**COUNT SIX (CHARGING WIRE FRAUD ON OR ABOUT JULY 24, 2017)**

_____ NOT GUILTY          ✓_____ GUILTY

**COUNT SEVEN (CHARGING WIRE FRAUD ON OR ABOUT SEPTEMBER 26, 2017)**

_____ NOT GUILTY          ✓_____ GUILTY

**COUNT EIGHT (CHARGING FALSE STATEMENTS RELATING TO HEALTH CARE MATTERS ON OR ABOUT NOVEMBER 9, 2015)**

_____ NOT GUILTY          ✓_____ GUILTY

**COUNT NINE (CHARGING FALSE STATEMENTS RELATING TO HEALTH CARE MATTERS ON OR ABOUT APRIL 13, 2016)**

_____ NOT GUILTY          ✓_____ GUILTY

**COUNT TEN (CHARGING FALSE STATEMENTS RELATING TO HEALTH CARE MATTERS ON OR ABOUT JULY 25, 2016)**

_____ NOT GUILTY          ✓_____ GUILTY

**COUNT ELEVEN (CHARGING FALSE STATEMENTS RELATING TO HEALTH CARE MATTERS ON OR ABOUT DECEMBER 19, 2016)**

_____ NOT GUILTY          ✓_____ GUILTY

**COUNT TWELVE (CHARGING FALSE STATEMENTS RELATING TO HEALTH CARE MATTERS ON OR ABOUT JANUARY 17, 2017)**

_____ NOT GUILTY          ✓_____ GUILTY

**COUNT THIRTEEN (CHARGING FALSE STATEMENTS RELATING TO HEALTH CARE MATTERS ON OR ABOUT DECEMBER 26, 2017)**

_____ NOT GUILTY     \_\_\_✓\_\_\_ GUILTY

**COUNT FOURTEEN (CHARGING DESTRUCTION, ALTERATION, OR FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATIONS BETWEEN JULY 31, 2018 AND AUGUST 2, 2018)**

\_\_\_✓\_\_\_ NOT GUILTY     _____ GUILTY

**COUNT FIFTEEN (CHARGING OBSTRUCTION OF A CRIMINAL INVESTIGATION OF A HEALTH CARE OFFENSE BETWEEN JULY 12, 2018 AND OCTOBER 15, 2018)**

_____ NOT GUILTY     \_\_\_✓\_\_\_ GUILTY

10/24/2023
DATE

*[Foreperson's signature]*
FOREPERSON'S SIGNATURE